AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | |
|---|---|
| Gilman Landco LLC | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  2:15-cv-02295-CSB-EIL |
| American Arbitration Association | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gilman Landco, LLC

Date:  12/09/2015

/s/ L. Steven Platt
*Attorney's signature*

L. Steven Platt 3122005
*Printed name and bar number*

Robbins, Salomon and Patt Ltd.
180 N. LaSalle Suite 3300
Chicago IL 60601

*Address*

lsplatt@rsplaw.com
*E-mail address*

(312) 456-0285
*Telephone number*

(312) 782-6690
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gilman Landco LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:15-cv-02295-CSB-EIL |
| American Arbitration Association | ) | |
| *Defendant* | ) | |

## CERTIFICATE OF SERVICE

I certify that on   12/09/2015   , I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

Diane Frances Klotnia, John E. Thies, William Katt                                                ,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____,

/s/ L. Steven Platt
*Attorney's signature*

L. Steven Platt 3122005
*Printed name and bar number*

Robbins, Salomon and Patt Ltd.
180 N. LaSalle Suite 3300
Chicago IL 60601

*Address*

lsplatt@rsplaw.com
*E-mail address*

(312) 456-0285
*Telephone number*

(312) 782-6690
*Fax number*